IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jennifer Nalley Cooper,            )<br>                                                )   C/A No. 1:19-2540-MBS<br>                   Plaintiff,        )<br>                                                )<br>vs.                                          )<br>                                                )          **O R D E R**<br>Andrew Saul, Commissioner of    )<br>Social Security,                         )<br>                                                )<br>                   Defendant.    )<br>_____) | |

Plaintiff Jennifer Nalley Cooper filed the within action on September 10, 2019, seeking judicial review of a final decision of Defendant Commissioner of Social Security Administration denying Plaintiff's claim for social security benefits. On June 29, 2020, the court entered an order reversing the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and remanding for further proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), which motion was filed July 17, 2020. Counsel moves for attorney's fees in the amount of $3,240.64 and costs in the amount of $652.14.[1] On April 10, 2020, the Commissioner filed a response indicating that he did not object to Plaintiff's motion.

Plaintiff's motion for fees under the EAJA (ECF No. 17) is **granted** in the amount of $3,892.78 ($3,240.64 + $400.00 + $252.14), to be paid in accordance with the procedures set

---

[1] As the Commissioner notes, this sum properly is designated as $400.00 in costs and $252.14 in expenses.

forth in the Commissioner's response (ECF No. 18).

    **IT IS SO ORDERED.**

                                                 /s/ Margaret B. Seymour
                                                 Senior United States District Judge

Columbia, South Carolina

August 3, 2020